IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JAMES GARNER, | CV 19–59–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| USAA GENERAL INDEMNITY COMPANY, a Texas Corporation; AUTO INJURY SOLUTIONS, INC., a Delaware Corporation; WADI ABSI, M.D.; JIGNYASA DESAI, D.O.; BRIAN HOSELTON, D.C.; JACK DIMARCO, M.D.; DANIEL RAGONE, M.D.; and JANE/JOHN DOES A-Z, | |
| Defendants. | |

On April 18, 2019, Defendants Wadi Absi, Jignyasa Desai, Brian Hoselton, Jack DiMarco, Daniel Ragone, and Auto Injury Solutions, Inc. (collectively the "AIS Defendants") moved to dismiss this action for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2). (*See* Docs. 5, 7.) Instead of filing responsive briefing, Plaintiff James Garner filed a First Amended Complaint on May 7, 2019. (*See* Doc. 10); Fed. R. Civ. P. 15(a)(1)(B).

Accordingly, IT IS ORDERED that the AIS Defendants' motions to dismiss

1

(Docs. 5, 7) are DENIED as MOOT. The AIS Defendants may file their ostensibly well-taken motions or Answer on or before May 23, 2019.

DATED this 9th day of May, 2019.

Donald W. Molloy, District Judge
United States District Court