

FILED

JUN 11 2019

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JAMES GARNER, | CV 19–59–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| USAA GENERAL INDEMNITY COMPANY, a Texas Corporation; AUTO INJURY SOLUTIONS, INC., a Delaware Corporation; WADI ABSI, M.D.; JIGNYASA DESAI, D.O.; BRIAN HOSELTON, D.C.; JACK DIMARCO, M.D.; DANIEL RAGONE, M.D.; and JANE/JOHN DOES A-Z, | |
| Defendants. | |

The AIS Defendants move for the admission of Amy Cook Olson to practice before this Court in this case with Gerry Fagan to act as local counsel. Ms. Olson's application appears to be in order.

Accordingly, IT IS ORDERED that the AIS Defendants' motion to admit Amy Cook Olson *pro hac vice* (Doc. 23) is GRANTED on the condition that Ms. Olson shall do her own work. This means that Ms. Olson must do her own writing; sign her own pleadings, motions, and briefs; and appear and participate

1

personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Olson, within fifteen (15) days of the date of this Order, files a notice acknowledging:

(1) her admission under the terms set forth above;

(2) payment of a fee of $255.00; and

(3) compliance with Montana Rule of Professional Conduct 8.5, which requires submission of certification directly to the State Bar of Montana, *see* L.R. 83.1(d)(3)(J).

DATED this 11th day of June, 2019.

/s/ Donald W. Molloy
Donald W. Molloy, District Judge
United States District Court

2