IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JAMES C. GARNER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>USAA GENERAL INDEMNITY COMPANY, a Texas Corporation; and JANE/JOHN DOES A-Z,<br><br>　　　　　Defendants. | CV 19-59-M-KLD<br><br><br>ORDER |

　　　　Plaintiff moves for the admission of DezaRae D. LaCrue to practice before this Court in this case with Karl Englund, Spencer MacDonald, John Heenan, and Joseph Cook as local counsel.  Ms. LaCrue's application appears to be in order.

　　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit DezaRae LaCrue pro hac vice is GRANTED on the condition that Ms. LaCrue shall do her own work.  This means that Ms. LaCrue must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally.  Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF").  Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.  Ms. LaCrue may move for the admission pro hac vice of one (1) associate of her firm.  Such associate, if duly

admitted, shall be authorized to participate in this case on the same terms and conditions as Ms. LaCrue.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. LaCrue, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 5th day of June, 2020.

Kathleen L. DeSoto
United States Magistrate Judge