IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JAMES C. GARNER,<br><br>Plaintiff,<br><br>vs.<br><br>USAA GENERAL INDEMNITY COMPANY, a Texas Corporation; and JANE/JOHN DOES A-Z,<br><br>Defendants. | CV 19-59-M-KLD<br><br>ORDER |

On June 4, 2020, Plaintiff moved for the admission of DezaRae D. LaCrue to practice before this Court in this case with Karl Englund, Spencer MacDonald, John Heenan, and Joseph Cook as local counsel. (Doc. 80.) On June 5, 2020, the Court granted Plaintiff's motion to admit Ms. LaCrue pro hac vice. (Doc. 81.) The Court additionally ordered that Ms. LaCrue's admission was subject to withdrawal unless Ms. LaCrue, within fifteen (15) days of the date of the Order, filed a pleading acknowledging her admission under the terms set forth in the Order. (Doc. 81 at 2.) Ms. LaCrue failed to file an acknowledgement within the fifteen-day deadline. Accordingly,

The Court's Order granting Plaintiff's motion to admit Ms. LaCrue pro hac vice is hereby WITHDRAWN. Plaintiff may refile his motion for the admission of

Ms. LaCrue to practice before this Court along with a pleading showing good cause for Ms. LaCrue's failure to timely file her acknowledgment of the terms in the Court's Order.

    IT IS ORDERED.

    DATED this 2nd day of July, 2020.

                                               Kathleen L. DeSoto
                                               United States Magistrate Judge