IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JAMES C. GARNER,<br><br>    Plaintiff,<br><br>  vs.<br><br><br>USAA GENERAL INDEMNITY<br>COMPANY, a Texas Corporation; and<br>JANE/JOHN DOES A-Z,<br><br>    Defendants. | CV 19-59-M-KLD<br><br><br>ORDER |

On July 2, 2020, the Court withdrew its June 4, 2020 order granting
Plaintiff's motion to admit DezaRae D. LaCrue pro hac vice based on her failure to
file a pleading acknowledging the terms of her admission. The Court gave
Plaintiff leave to refile his motion to admit Ms. LaCrue pro hac vice along with a
pleading showing good cause for Ms. LaCrue's failure to timely file her
acknowledgment.

On July 20, 2020 Plaintiff filed a renewed motion for the admission of Ms.
LaCrue to practice before this Court in this case with Karl Englund, Spencer
MacDonald, John Heenan, and Joseph Cook as local counsel.  Ms. LaCrue's
application appears to be in order, and she has sufficiently demonstrated good
cause for failing to timely file the Court-ordered acknowledgment. Accordingly,

IT IS HEREBY ORDERED that Plaintiff's motion to admit DezaRae LaCrue pro hac vice is GRANTED on the condition that Ms. LaCrue shall do her own work.  This means that Ms. LaCrue must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally.   Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.  Ms. LaCrue may move for the admission pro hac vice of one (1) associate of her firm.  Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Ms. LaCrue.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. LaCrue, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 21st day of July, 2020.

Kathleen L. DeSoto
United States Magistrate Judge