IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JAMES C. GARNER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>USAA GENERAL INDEMNITY COMPANY, a Texas Corporation; and JANE/JOHN DOES A-Z,<br><br>　　　　　Defendants. | CV 19-59-M-KLD<br><br>**ORDER** |

Defendant USAA General Indemnity Company has filed an unopposed motion to vacate the deadline for pretrial submissions. Accordingly, and good cause appearing,

IT IS ORDERED that the motion is GRANTED. The deadline for submission of the final pretrial order, proposed jury instructions, proposed voir dire questions, and trials briefs is hereby vacated. The deadline for pretrial submissions will be reset in accordance with new final pretrial conference and trial dates.

DATED this 13th day of October, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge