IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JAMES C. GARNER,<br><br>    Plaintiff,<br><br>vs.<br><br>USAA GENERAL INDEMNITY COMPANY, a Texas Corporation; and JANE/JOHN DOES A-Z,<br><br>    Defendants. | CV 19-59-M-KLD<br><br>**ORDER** |

  Counsel for Plaintiff has filed an unopposed motion requesting to appear remotely at the motions hearing scheduled in this matter. (Doc. 118.) Good cause appearing,

  IT IS ORDERED that the motion is GRANTED. Counsel for Plaintiff may appear by video at the motions hearing scheduled for October 26, 2020, at 1:30 p.m. Counsel shall contact the Montana District Court IT Department prior to the hearing for connectivity instructions.

  DATED this 14th day of October, 2020.

              _____
              Kathleen L. DeSoto
              United States Magistrate Judge

1