IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JAMES C. GARNER,<br><br>               Plaintiff,<br><br>vs.<br><br>USAA GENERAL INDEMNITY COMPANY, a Texas Corporation; and JANE/JOHN DOES A-Z,<br><br>               Defendants. | CV 19-59-M-KLD<br><br><br>ORDER |

The parties have filed a Joint Stipulation for Dismissal with Prejudice. (Doc. 134). Accordingly,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 12th day of January, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge